UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE WILLIAMS | CIVIL ACTION NO. |
| VERSUS | 2:10-cv-01945 |
| FOREMOST INSURANCE COMPANY | HGB-KWR |

## VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

In the above entitled and numbered cause now comes the plaintiff, JOYCE WILLIAMS, who having settled her claims against defendant FOREMOST INSURANCE COMPANY, moves that this matter be dismissed, with prejudice, with each party to bear its own cost.

BY ATTORNEY:

S/Kevin C. Schoenberger
KEVIN C. SCHOENBERGER/LBR#11813
701 POYDRAS STREET
SUITE 3770, ONE SHELL SQUARE
NEW ORLEANS, LA 70139
TELEPHONE: 504-525-1143
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 2:10-CV-01945 |
| FOREMOST INSURANCE COMPANY | HGB-KWR |

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing Voluntary Motion to Dismiss with Prejudice and proposed Order into the record of this proceeding on August 25, 2010 by using the CM/ECF electronic document filing system which will forward copies to all counsel of record.

/s/ Kevin C. Schoenberger
KEVIN C. SCHOENBERGER