UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE WILLIAMS** | **CIVIL ACTION NO.** |
| **VERSUS** | **2:10-cv-01945** |
| **FOREMOST INSURANCE COMPANY** | **HGB-KWR** |

### ORDER

Considering the foregoing Voluntary Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff's suit against Foremost Insurance Company be and is hereby dismissed, with prejudice. Each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this __26th__ day of __August__, 2010.

_____
JUDGE BERRIGAN